# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
### NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

FILED
DISTRICT COURT
OF MARYLAND

2008 JUL -3 A 9: 1

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

**Hand-delivery**

July 2, 2008

**Crack Case - Status Report**

Honorable William D. Quarles, Jr.
United States District Judge
United States Courthouse
101 W. Lombard Street
Chambers 3A
Baltimore, Maryland 21201

    Re:   *United States v. Thomas Williams*
            Case Nos. WDQ-02-0426 & WDQ-02-236

Dear Judge Quarles:

    Pursuant to the Court's procedures on handling retroactive application of the crack cocaine amendments, the Court appointed my Office to review a *pro se* motion filed by Mr. Williams in which he seeks a reduction of his sentence. Mr. Williams's motion, however, seeks retroactive application of guidelines pertaining to firearms, not crack cocaine.

    U.S. Probation has also reviewed Mr. Williams's case and finds that he is ineligible to seek a reduced sentence based upon retroactive application of the crack guidelines.

    If I can be of additional assistance to the Court, then please let me know.

                                      Very truly yours

                                      Denise C. Barrett
                                      Assistant Federal Public Defender

DCB/kdw

cc:     Barbara Sale, AUSA
       Estelle Santana, USPO
       Thomas Williams
       Court file